NUMBER 13-09-00636-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: TERRIANCE JONES

 

 

On Petition for Writ of Mandamus.

 


MEMORANDUM OPINION



Before Justices Yañez, Benavides, and Vela


Memorandum Opinion by Justice Vela



 Relator, Terriance Jones, filed a (pro se) petition for writ of mandamus in the above
cause on November 23, 2009. The State filed its response on January 6, 2010. 

 The Court, having examined and fully considered the petition for writ of mandamus
and the response, is of the opinion that relator has not shown himself entitled to the relief
sought. In particular, relator has not provided this Court with a record establishing that the
trial court has refused to make a ruling with respect to his petition requesting an exemption 
from registration as a sex offender. See Tex. Code Crim. Proc. Ann. art. 62.301 (Vernon
2006). Accordingly, relator's petition for writ of mandamus is denied. See Tex. R. App. P.
52.8(a).




 Rose Vela

 Justice


Do not publish.

Tex. R. App. P. 47.2(b).


Dissenting Memorandum Opinion

by Justice Linda R. Yañez


Delivered and filed the 2nd

day of February, 2010.